HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ILDER BETANCOURT and CHRIS CORDOVA, a married couple,<br><br>Plaintiffs,<br>v.<br><br>ALLSTATE FIRE & CASUALTY INSURANCE COMPANY, an insurer, and ERIC BOESEN and JANE DOE BOESEN, and the marital community comprised thereof,<br><br>Defendants. | Case No. 2:25-cv-00506-BJR<br><br>**ORDER GRANTING THE STIPULATED MOTION TO CONTINUE TRIAL DATE AND AMEND CASE SCHEDULE** |

THIS MATTER has come before the Court on the parties' Stipulated Motion to Continue the Trial Date and for Amended Case Schedule. The Court has reviewed the court file and pleadings submitted, including the Parties' Stipulated Motion to Continue the Trial Date and for Amended Case Schedule.

Being fully advised on the issues, the Court FINDS and ORDERS the following:

1. The Stipulate Motion to Continue the Trial Date and for Amended Case Schedule is GRANTED.

2. The new trial date is January 19, 2027.

3. A new case schedule will be issued as follows:[1]

| | |
|---|---|
| TRIAL: | January 19, 2027 |
| Expert Disclosures/Reports under FRCP 26(a)(2) due: | June 18, 2026 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) due: | July 17, 2026 |
| Discovery completed by: | August 10, 2026 |
| All dispositive motions must be filed by: | August 17, 2026 |
| All motions *in limine* must be filed by: Oppositions are due 14 days after the filing of the motion. No replies will be permitted unless court authorization is obtained. | December 9, 2026 |
| Joint Pre-trial statement due: 28 days prior to the trial date. | December 21, 2026 |
| Pretrial conference to be scheduled by the Court | January 5, 2027 |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due (28 days prior to trial, with the Joint Pre-trial Statement) | December 21, 2026 |

DATED this 1st day of October 2025.

*Barbara J. Rothstein*
HONORABLE BARBARA J. ROTHSTEIN

*Presented by:*

---

[1] The Court has slightly modified the parties' proposed schedule to account for holidays and maintain consistency with this Court's Standing Order and Local Rules.

ORDER GRANTING STIPULATED MOTION TO CONTINUE - 2

WATHEN | LEID | HALL | & RIDER P.C.
222 Etruria Street
Seattle Washington 98109
Phone: 206-622-0494 Fax: 206-587-2476

**WATHEN | LEID | HALL | RIDER, P.C.**

*s/ Ryan J. Hall*
Ryan J. Hall, WSBA #28585
*Attorney for Defendants*
222 Etruria Street
Seattle, WA 98109
Tel: (206) 622-0494 | Fax: (206) 587-2476
rhall@wlhr.legal

*Approved to form:*

**CEDAR VIEW LAW**

*s/Heather N. Derenski (via email approval)*
Heather N. Derenski, WSBA No. 59366
*Attorney for Plaintiffs*